against George E. Myers, and by A. B. Lehman against Gilbert W. Haggart.

HARRISON, Respondent, v. SPENCER, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 24, 1899.) Action by Edward J. Harrison against George Spencer. No opinion. Judgment and order affirmed, with costs.

HARTFIELD v. DE BIASO. (Supreme Court, Appellate Division, First Department. May 19, 1899.) Action by Henry Hartfield against Vinconza de Biaso. No opinion. Motion granted, with $10 costs.

HASWICK, Respondent, v. MYERS, Appellant. (Supreme Court, Appellate Division, Second Department. May 8, 1899.) Action by Martin Haswick against Frank J. Myers. No opinion. Judgment affirmed, with costs.

HATCH, Appellant, v. CARY, Respondent. (City Court of New York, General Term. May 26, 1899.) Action by Edward P. Hatch against Edward L. Cary. From an order permitting defendant to pay $100 into court and amend his answer, plaintiff appealed. Modified and affirmed. J. J. Karby O'Kennedy, for appellant. John T. Hartigan, for respondent.

PER CURIAM. The order appealed from is modified so as to read as follows: "Ordered, that the defendant have leave to pay into court the sum of $100, admitted by him to be due plaintiff in this case, and the defendant have leave to amend his answer in this action so as to allege, as a further and separate defense, that said amount has been paid into court to the use of the plaintiff. It is further ordered that upon the payment of said sum into court the plaintiff may, if he so elects, discontinue this action, without costs." And as so modified the order is affirmed, without costs.

HENNESSY v. MUHL et al. (Supreme Court, Appellate Division, Second Department. June 6, 1899.) Action by Charles O'Connor Hennessy against Maurice L. Muhl and others. No opinion. Application for leave to appeal to the court of appeals denied. See 57 N. Y. Supp. 854.

HIGGINS, Appellant, v. TEFFT, Respondent. (Supreme Court, Appellate Division, First Department. February 17, 1899.) Action by Francis Higgins against William E. Tefft. T. G. T. Grain, for appellant. W. B. Ellison, for respondent. No opinion. Judgment affirmed, with costs, on opinion of the court below. 55 N. Y. Supp. 59.

HINMAN v. DEVLIN et al. (Supreme Court, Appellate Division, Second Department. June 6, 1899.) Action by Mary E. Hinman against John Devlin and others. No opinion. Motion to resettle order of May 8, 1899, denied. See 57 N. Y. Supp. 1037.

HITCHCOCK, Respondent, v. CITY OF SYRACUSE, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 24, 1899.) Action by Edward Hitchcock against the city of Syracuse. No opinion. Judgment and order affirmed, with costs. All concur, except McLENNAN, J., dissenting.

HOLCOMB, Respondent, v. HARRIS, Appellant. (Supreme Court, Appellate Division, Third Department. May 19, 1899.) Action by Andrew J. Holcomb against Charles W. Harris, as executor. No opinion. Order affirmed, with $10 costs and disbursements.

In re HOLLISTER et al. (Supreme Court, Appellate Division, First Department. May 5, 1899.) In the matter of the application of Hollister, Crane & Co. No opinion. Motion dismissed.

HOLMES v. BORST. (Supreme Court, Appellate Division, Third Department. May 9, 1899.) Action by George Holmes against Charles H. Borst. No opinion. Motion to put the case on the calendar denied.

HOWE v. VILLAGE OF OWEGO. (Supreme Court, Appellate Division, Third Department. May 19, 1899.) Action by Sylvester Howe against the village of Owego. No opinion. Motion for leave to go to the court of appeals denied. See 54 N. Y. Supp. 1104.

HUDSON, Appellant, v. ROME, W. & O. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. June 6, 1899.) Action by Lewis W. Hudson, as administrator, etc., against the Rome, Watertown & Ogdensburg Railroad Company. No opinion. Motion granted, with $10 costs.

JENNER, Appellant, v. BEERS, Respondent. (Supreme Court, Appellate Division, Fourth Department. June 13, 1899.) Action by Herbert S. Jenner against Sarah L. Beers. No opinion. Motion denied, without costs.

JENNINGS, Respondent, v. HENNESSY, Appellant. (Supreme Court, Appellate Division, First Department. May 12, 1899.) Action by William A. Jennings, as administrator, against Walter G. Hennessy. J. A. Lynch, for appellant. E. H. Pomeroy, for respondent. No opinion. Judgment affirmed, with costs, on opinion in the court below. 55 N. Y. Supp. 833.